

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00328-CV

_____

IN RE PHILLIP JAY STERLING JR, Relator

---

Original Proceeding
432nd District Court of Tarrant County, Texas
Trial Court No. 1583147

---

Before Walker, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus.  We grant his "Motion to Consider" with Exhibit A attached, "Motion for Leave to File Supplemental Memorandum," and "Leave to Amend Writ and Supplemental Memorandum."  However, it is the court's opinion that mandamus relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  July 18, 2024